UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. BENEDITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF MEDICINE, et al.,<br><br>    Defendants. | Case No. 17-cv-04575-JST<br><br>**ORDER DISMISSING CASE**<br>Re: ECF No. 38 |

In its January 31, 2018 order dismissing all claims against Defendants, the Court instructed that Peter C. Benedith "may file an amended complaint within 21 days of this order that addresses the deficiencies identified herein. If he does not file an amended complaint, the Court will assume that Benedith has abandoned the prosecution of this case and will dismiss the case with prejudice." ECF No. 38 at 4. Benedith has not filed an amended complaint within 21 days of the issuance of that order. The case is accordingly dismissed with prejudice. The clerk shall enter judgment.

**IT IS SO ORDERED.**

Dated: February 23, 2018

JON S. TIGAR
United States District Judge